IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD COHEN,<br>　　　　Plaintiff,<br><br>v.<br><br>RETAIL, WHOLESALE AND DEPARTMENT STORE INTERNATIONAL UNION AND INDUSTRY PENSION PLAN AND TRUSTEES OF THE RETAIL, WHOLESALE AND DEPARTMENT STORE INTERNATIONAL UNION AND INDUSTRY PENSION PLAN,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-1430 |

## O R D E R

**AND NOW**, this 3rd day of June, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 25), it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' Motion for Summary Judgment as to Plaintiff's claim for early retirement benefits is **GRANTED**. Plaintiff's claim for early retirement benefits is **DISMISSED WITH PREJUDICE**.

2. Defendants' Motion for Summary Judgment as to Plaintiff's claim for normal retirement benefits is **GRANTED**. Plaintiff's claim for early retirement benefits is **DISMISSED WITH PREJUDICE**.

3. Defendants' Motion Summary Judgment as to Plaintiff's claim for a document penalty is **DENIED**.

**IT IS FURTHER ORDERED** that upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 26), it is hereby **ORDERED** that Plaintiff's Motion is

**GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's Motion for Summary Judgment on his claim for early retirement benefits is **DENIED**.

2. Plaintiff's Motion for Summary Judgment on his claim for normal retirement benefits is **DENIED**.

3. Plaintiff's Motion for Summary Judgment on his claim for a document penalty is **GRANTED**. Defendant Board of Trustees of the Retail, Wholesale and Department Store International Union and Industry Benefit and Pension Plan shall pay a document penalty to Plaintiff in the amount of **$16,700**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**